# **<u>EXHIBIT 1</u>**

12/7/2018 8:28 PM
Chris Daniel - District Clerk Harris County
Envelope No. 29596936
By: Nelson Cuero
Filed: 12/7/2018 8:28 PM

## TRIAL CAUSE NO. 18-CV-1572

| | | |
|---|---|---|
| **COUNTY OF GALVESTON** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | **212TH JUDICIAL DISTRICT** |
| | § | |
| **PURDUE PHARMA LP,** *et al.* | § | |
| | § | |
| *Defendants.* | § | **GALVESTON COUNTY, TEXAS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MDL PRETRIAL CAUSE NO. _____
## (MDL MASTER CAUSE NO. 2018-63587)

| | | |
|---|---|---|
| | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| | § | |
| **IN RE TEXAS OPIOID LITIGATION** | § | **152ND JUDICIAL DISTRICT** |
| | § | |
| | § | |
| | § | |
| | § | **HARRIS COUNTY, TEXAS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF TRANSFER OF TAG-ALONG CASE

To the Honorable Court:

As required by Rule 13.5(e) and Rule 13.5(a), Rules of Judicial Administration, this notice is to inform the Court that this case is transferred as a tag-along action to the 152nd District Court of Harris County, Texas before Judge Schaffer.

On April 20, 2018, Manufacturer Defendants[1] filed a Motion to Transfer six opioid-related Texas cases and all future related Texas cases to a pretrial court under Rule 13 of the Texas Rules of Judicial Administration.  On May 1, 2018, Distributor Defendants[2] joined the Rule 13 Motion with respect to these cases and identified two additional, related Texas cases for transfer.  On May 10, 2018, Manufacturer Defendants and Distributor Defendants filed a joint supplement to the Motion to Transfer, identifying ten additional, related cases for transfer.

On June 13, 2018, the Texas MDL Panel granted the Motions to Transfer in Docket No. 18-0358, styled *In re Texas Opioid Litigation*.  (Order Granting Motions to Transfer, attached at Appendix C.)  On June 18, 2018, the Texas MDL Panel appointed the Honorable David Peeples, senior judge of the 224th District Court of Bexar County, as the pretrial judge for the *Texas Opioid Litigation* MDL and transferred "all pending cases, together with any tagalong cases, to him."  (Appointment of Pretrial Judge, attached at Appendix D.)

On August 25, 2018, Judge Peeples recused himself.  (Order of Voluntary Recusal, attached at Appendix E.)   On September 5, 2018, the MDL Panel reassigned the MDL proceeding to Judge Schaffer, ordering that "the cases listed in the Appendices of the Motions for Transfer and all tag-along cases are transferred to Judge Robert Schaffer of the 152nd District Court of Harris County."  (Order Appointing Pretrial Court, attached at Appendix F.) This case is a tag-along action within the meaning of the Texas Rule of Judicial Administration 13.2(g).

---

[1]   The Manufacturer Defendants that filed the April 20 motion were Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company Inc.; Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals Inc.; Knoll Pharmaceutical Company, a wholly-owned subsidiary of AbbVie Inc.; AbbVie Inc.; Watson Laboratories, Inc.; Actavis LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.

[2]   The Distributor Defendants that filed the May 1 motion were AmerisourceBergen Drug Corporation, McKesson Corporation, and Cardinal Health, Inc.

Upon filing this notice of transfer with the Transfer Order, this case is deemed transferred from the trial court to the MDL Pretrial Court pursuant to Rule of Judicial Administration 13.5(e).  The effect on a trial court of filing this Notice of Transfer is further discussed in Rule 13.5(b).

As required by Rule 13.5(a), attached at Appendix A to this notice is a list of all parties who have appeared and remain in the case, and the names, addresses, phone numbers, and bar numbers of their attorneys.

Attached at Appendix B to this notice is a list of all parties who have not yet appeared in the case.

Dated:  December 7, 2018

Respectfully submitted,

*/s/ Hannah Sibiski*

Hannah Sibiski
State Bar No. 24041373
Hannah.Sibiski@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel: 713-576-2400
Fax: 713-576-2499

*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served via email on the following counsel on December 7, 2018:

*County of Bee:*
jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; rick@doddfirm.com

*County of Bexar:*
mphipps@phippsandersondeacon.com; bdeacon@phippsandersondeacon.com; spurnell@phippsandersondeacon.com; mtalafuse@phippsandersondeacon.com; bfisher@phippsandersondeacon.com; kim@kellsto.com; mcwatts@wattsguerra.com; fguerra@wattsguerra.com; ssanford@wattsguerra.com; wjefferson@adjtlaw.com; rekery@adjtlaw.com; nbacarisse@adjtlaw.com; nlahood@bexar.org

*County of Burleson:*
mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; aoneill@aoneilllaw.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; Pamm@gld-law.com

*County of Burnet:*
bca@burnetcountytexas.org; rick@doddfirm.com; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com

*County of Cameron:*
mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; aoneill@aoneilllaw.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; Pamm@gld-law.com

*County of Cass:*
rlee.da@casscountytx.org; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; walker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com

*County of Cooke:*
Ed.zielinski@co.cooke.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; walker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com

*County of Coryell:*
county_attorney@coryellcounty.org ; rick@doddfirm.com; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com

*County of Dallas:*
> jsimon@sgpblaw.com; acarter@sgpblaw.com; wml@lanierlawfirm.com;
> reagan.bradford@lanierlawfirm.com; ltaylor@thecochranfirmdallas.com;
> Russell.roden@dallascounty.org

*County of Delta:*
> countyattorney@deltacountytx.com; jsimon@sgpblaw.com;
> acarter@sgpblaw.com; jwalker@martinwalkerlaw.com;
> rmartin@martinwalkerlaw.com

*County of Dimmit:*
> jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com;
> rick@doddfirm.com; rwaii@armstrong-firm.com

*County of Ector:*
> dusty.gallivan@ectorcounty.gov; jsimon@sgpblaw.com; acarter@sgpblaw.com;
> hdavis@sgpblaw.com; bobwhitetx@mac.com

*County of El Paso:*
> joanne.bernal@epcounty.com; mike@gld-law.com; mcwatts@wattsguerra.com;
> ssanford@wattsguerra.com; Pamm@gld-law.com; tfibich@fibichlaw.com;
> jhenderson@fibichlaw.com

*County of Falls:*
> jsimon@sgpblaw.com; acarter@sgpblaw.com; rick@doddfirm.com;
> dajodygilliam@gmail.com

*County of Fannin:*
> jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com;
> walker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com

*County of Freestone:*
> jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com;
> blake@beckham-group.com; Patrick@beckham-group.com

*County of Galveston*
> jack.roady@co.galveston.tx.us; ssanford@wattsguerra.com;
> mcwatts@wattsguerra.com; bob.boemer@co.galveston.tx.us; aoneill@aoneill-
> law.com; mike@gld-law.com; pamm@gld-law.com; tfibich@fibichlaw.com

*County of Grayson*
> jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com;
> walker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com;
> rsanders@somlaw.net; myoung@somlaw.net

*County of Harrison:*

    cokesolomon@co.harrison.tx.us; kurt@truelovelawfirm.com; mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; Pamm@gld-law.com

*County of Hidalgo:*

    mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; jjhinojosa@bizgv.rr.com; Pamm@gld-law.com

*County of Hopkins:*

    jsimon@sgpblaw.com; acarter@sgpblaw.com; jwalker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com

*County of Houston:*

    daphne.session@co.houston.tx.us; jsimon@sgpblaw.com; acarter@spgblaw.com; hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com; jodyg@griffithandgriffithpc.com

*County of Johnson*

    mccarley@fnlawfirm.com; fears@fnlawfirm.com; mn@fnlawfirm.com; smaclean@macleanfirm.com; mdaniel@lawyerworks.com

*County of Kendall:*

    nicole.bishop@co.kendall.tx.us; jsimon@sgpblaw.com; acarter@spgblaw.com; hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com; rwaii@armstrong-firm.com

*County of Kerr:*

    mike@gld-law.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; Pamm@gld-law.com

*County of Liberty:*

    nhusain@hlalawfirm.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; mike@gld-law.com; randy@gunterlaw.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; maziz@abrahamwatkins.com

*County of Limestone:*

    rdefriend@co.limestone.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com; hdavis@sgpblaw.com; blake@beckham-group.com; Patrick@beckham-group.com

*County of Marion:*
>   angela.smoak@co.marion.tx.us; jsimon@sgpblaw.com; acarter@spgblaw.com;
>   hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
>   rmartin@martinwalkerlaw.com

*County of McMullen:*
>   Kimberly.Dusek@mcmullencounty.org; jsimon@sgpblaw.com;
>   acarter@sgpblaw.com; hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
>   rmartin@martinwalkerlaw.com; rwaii@armstrong-firm.com

*County of Milam:*
>   daoffice@milamcounty.net; wfisher@fisherboyd.com;
>   bjohnson@fisherboyd.com; jsimon@sgpblaw.com; acarter@sgpblaw.com;
>   rick@doddfirm.com

*County of Nacogdoches:*
>   jfleming@co.nacogdoches.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com;
>   hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
>   rmartin@martinwalkerlaw.com; wml@lanierlawfirm.com;
>   reagan.bradford@lanierlawfirm.com

*County of Nueces and Nueces County Hospital District*
>   laura.jimemez@nuecesco.com; richard@rs-law.com; wml@lanierlawfirm.com;
>   reagan.bradford@lanierlawfirm.com; jimragan13@gmail.com;
>   mphipps@phippsandersondeacon.com; bdeacon@phippsandersondeacon.com;
>   mtalafuse@phippsandersondeacon.com; bfisher@phippsandersondeacon.com;
>   kim@kellsto.com; dreich@reichandbinstock.com;
>   bbinstock@reichandbinstock.com; purnell.simon@gmail.com

*County of Orange:*
>   jkimbrough@co.orange.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com;
>   hdavis@sgpblaw.com; pdhendersonlaw@aol.com; ddies@dieslaw.com;
>   sparkhurst@dieslaw.com

*County of Panola:*
>   Danny.davidson@co.panola.tx.us; jsimon@sgpblaw.com; acarter@sgpblaw.com;
>   hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
>   rmartin@martinwalkerlaw.com; greg@lovetrialfirm.com;
>   ron@adkisonlawfirm.com

*County of Parker:*
>   john.forrest@parkercountytx.com; rick@doddfirm.com; jsimon@sgpblaw.com;
>   acarter@sgpblaw.com

*County of Potter:*
> tadfowler@co.potter.tx.us; jsimon@sgpblaw.com; hdavis@sgpblaw.com; acarter@spgblaw.com; wml@lanierlawfirm.com; reagan.bradford@lanierlawfirm.com; jwalker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com; brian@tshhr.com; mlogsdon@mhba.com

*County of Robertson:*
> cotysiegert@robertsoncounty.org; jsimon@sgpblaw.com; hdavis@sgpblaw.com; acarter@spgblaw.com; blake@beckham-group.com; Patrick@beckham-group.com; rick@doddfirm.com

*County of San Patricio:*
> tamara@co.san-patricio.tx.us; jhtlawl@sbcglobal.net; wjefferson@adjtlaw.com; rekery@adjtlaw.com; nbacarisse@adjtlaw.com; mphipps@phippsandersondeacon.com; bdeacon@phippsandersondeacon.com; mtalafuse@phippsandersondeacon.com; bfisher@phippsandersondeacon.com; kim@kellsto.com

*County of Shelby:*
> rholesgary@yahoo.com; jsimon@sgpblaw.com; hdavis@sgpblaw.com; acarter@spgblaw.com; jwalker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com; ron@adkisonlawfirm.com

*County of Travis:*
> wml@lanierlawfirm.com; reagan.bradford@lanierlawfirm.com; shendler@hendlerlaw.com; lulu@prismnet.com; rwebber@hendlerlaw.com; Richard@rs-law.com; dreich@reichandbinstock.com; david.escamilla@traviscountytx.gov; sherine.thomas@traviscountytx.gov; sharon.talley@traviscountytx.gov; ryan.fite@traviscountytx.gov

*County of Trinity:*
> tcj@co.trinity.tx.us; jsimon@sgpblaw.com; hdavis@sgpblaw.com; acarter@spgblaw.com; jwalker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com

*County of Van Zandt:*
> jsimon@sgpblaw.com; acarter@sgpblaw.com; jwalker@martinwalkerlaw.com; rmartin@martinwalkerlaw.com; chrismartin@vanzandtcounty.org

*County of Waller:*
> aoneill@aoneilllaw.com; mcwatts@wattsguerra.com; ssanford@wattsguerra.com; tfibich@fibichlaw.com; jhenderson@fibichlaw.com; mike@gld-law.com; Pamm@gld-law.com

*County of Wood:*
> jwheeler@co.wood.tx.us; jsimon@sgpblaw.com; acarter@spgblaw.com;
> hdavis@sgpblaw.com; jwalker@martinwalkerlaw.com;
> rmartin@martinwalkerlaw.com

*State of Texas:*
> patrick.sweeten@oag.texas.gov; paul.singer@oag.texas.gov;
> nanette.dinunzio@oag.texas.gov; stephanie.eberhardt@oag.texas.gov;
> valeria.sartorio@oag.texas.gov; daniel.zwart@oag.texas.gov

*Abbott Laboratories*
> JKO'Connor@Venable.com; JAMcCauley@Venable.com;
> ATErtas@Venable.com

*AbbVie Inc. and Knoll Pharmaceutical Company, a wholly-owned subsidiary of AbbVie Inc.*
> jlwilkes@jonesday.com; separker@jonesday.com; dbalden@jonesday.com

*Advanced Pharma, Inc. d/b/a Avella of Houston*
> zfoley@thompsoncoe.com; creed@thompsoncoe.com

*Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Allergan Sales, LLC; and Allergan USA Inc.*
> wh@wsfirm.com; jennifer.levy@kirkland.com; donna.welch@kirkland.com;
> rothm@kirkland.com; tknapp@kirkland.com; zac.ciullo@kirkland.com;
> andrea@wsfirm.com

*AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation*
> SMcClure@ReedSmith.com; SPerry@ReedSmith.com;
> MBernick@ReedSmith.com; RBuchhorn@reedsmith.com;
> ARollins@ReedSmith.com; SRocchino@reedsmith.com;
> NHlawatsch@reedsmith.com; LSchack@ReedSmith.com;
> melissa@gillamsmithlaw.com; james@litzlerlaw.com;
> AEMCH@jacksonkelly.com

*Cardinal Health, Inc.; Cardinal Health 105, Inc.; Cardinal Health 108, LLC; Cardinal Health 110, LLC; Cardinal Health 112, LLC; Cardinal Health 200, LLC; and Cardinal Health 414, LLC*
> mmengis@bakerlaw.com; mraley@bakerlaw.com; emainigi@wc.com;
> lheard@wc.com; spyser@wc.com; ahardin@wc.com; EPistilli@wc.com;

*Depomed, Inc.*
> kevin.sadler@bakerbotts.com; david.arlington@bakerbotts.com;
> scott.powers@bakerbotts.com

*Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*
John.Lombardo@arnoldporter.com; Sean.Morris@arnoldporter.com;
hannah.sibiski@arnoldporter.com; Andrew.Bergman@arnoldporter.com

*Insys Therapeutics, Inc. and Insys Manufacturing, LLC*
Joe.Franco@hklaw.com; Nicholas.Sarokhanian@hklaw.com;
Matt.Donohue@hklaw.com; Gillian.Phillips@hklaw.com

*Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*
smcconnico@scottdoug.com; agriffin@scottdoug.com; jcardelus@omm.com;
kklorfein@omm.com; jzarrow@omm.com; clifland@omm.com;
sbrody@omm.com; acollins@scottdoug.com; agoldberg@scottdoug.com;
jellis@scottdoug.com

*Mallinckrodt plc and Mallinckrodt LLC*
Andrew.O'Connor@ropesgray.com; Brien.O'Connor@ropesgray.com;
Rocky.Tsai@ropesgray.com; jparsons@pmmclaw.com;
Leon.Kotlyar@ropesgray.com; Erin.Macgowan@ropesgray.com

*McKesson Corporation; McKesson Medical-Surgical Inc.; and Walsh Distribution, LLC*
csmyser@skv.com; disaak@skv.com; razvan@skv.com; kadler@skv.com;
tydoyle@skv.com; tmatthies@skv.com; swinner@cov.com; mrodgers@cov.com;
russell.jessee@steptoe-johnson.com; crobles@skv.com

*Mission Pharmacal Company*
jbockus@dykema.com; rsullivan@dykema.com; bjohnson@johnsontrent.com

*Mylan Bertek Pharmaceuticals Inc.; Mylan Inc.; Mylan Institutional Inc.; Mylan Pharmaceuticals Inc.; and Mylan Specialty L.P.*
maria.boyce@hoganlovells.com; adam.levin@hoganlovells.com;
rebecca.mandel@hoganlovells.com; cynthia.grimes@clarkhillstrasburger.com

*Noramco, Inc.*
jenny.mendelsohn@alston.com; Matt.durfee@alston.com;
Cari.Dawson@alston.com; Patrick.Hill@alston.com

*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company Inc. d/b/a The Purdue Frederick Company; Purdue Pharmaceuticals L.P.; Purdue Pharma Manufacturing L.P;, and Purdue Transdermal Technologies L.P.*
noelle.reed@skadden.com; Alston.l.walker@skadden.com;
Sara.Roitman@dechert.com; Mark.Cheffo@dechert.com;
Hayden.Coleman@dechert.com; Daniel.mayerfeld@skadden.com;
Lindsey.Cohan@dechert.co,; whitney.wester@skadden.com;
chris.halbohn@skadden.com

*Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc. and Actavis Laboratories UT, Inc.*
christina.vitale@morganlewis.com; stacey.mahoney@morganlewis.com; brian.ercole@morganlewis.com; steven.reed@morganlewis.com; pamela.holly@morganlewis.com; melissa.coates@morganlewis.com; evan.jacobs@morganlewis.com

A true and correct copy was mailed to the following *pro se* parties in one or more of the *Texas Opioid Litigation* MDL cases on December 10, 2018 via certified mail:

Richard Andrews
Inmate #53451-177
FCI-Camp
P.O. Box 9000
Seagoville, Texas 75159

Theodore Okechuku, M.D.
Reg. No. 59813-060
FCI Texarkana Federal Correctional Institution
4001 Leopard Drive
Texarkana, Texas 75505

Dr. Nicolas Padron
Reg. No. 44575-177
FPC Camp Unit GB
P.O. Box 26010
Beaumont, Texas 77720

*/s/  Hannah Sibiski*
Hannah Sibiski

## APPENDIX A

**LIST OF PARTIES WHO HAVE APPEARED AND REMAIN IN THE CASE**

## Parties Who Have Appeared and Remain in the Case

County of Leon:

*Counsel:*

James Caleb Henson
State Bar No. 24091457
County Attorney
Leon County
130 East Street Mary
P.O. Box 429
Centerville, Texas  75833
Tel.:  (903) 536-7044
Fax:  (903) 536-7044

Robert B. Boemer
State Bar No. 02550550
bob.boemer@co.glaveston.tx.us
Galveston County Legal Department
722 Moddy, 5th Floor
Galveston, Texas  77550
Tel:  (409) 770-5562
Fax:  (409) 770-5560

Mikal C. Watts
State Bar No. 20981820
mcwatts@wattsguerra.com
Shelly A. Sanford
State Bar. No. 00784904
ssanford@wattsguerra.com
WATTS GUERRA LLP
811 Barton Springs Road, Suite 725
Austin, Texas  78704
Tel:  (512) 479-0500
Fax:  (512) 479-0502

Alicia O'Niell
aoneill@aoneill-law.com
O'NEILL LAW
601 Pennsylvania Avenue NW, Suite 900
Washington, DC  20004
Tel:  (202) 629-0535

Mike Gallagher
State Bar No. 07586000
mike@gld-law.com
Pam McLemore
State Bar No. 24099711
pamm@gld-law.com
THE GALLAGHER LAW FIRM
2905 Sackett Street
Houston, Texas  77098
Tel:  (713) 222-8080
Fax:  (713) 222-0066

Tommy Fibich
State Bar No. 06952600
tfibich@fibichlaw.com
FIBICH, LEEBRON, COPELAND & BRIGGS
1150 Bissonnet Street
Houston, Texas  77005
Tel:  (713) 751-0025
Fax:  (713) 751-0030

Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.

*Counsel:*

Hannah Sibiski
State Bar No. 24041373
Hannah.Sibiski@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel: 713-576-2400
Fax: 713-576-2499

**<u>APPENDIX B</u>**

**LIST OF ALL PARTIES WHO HAVE NOT YET APPEARED IN THE CASE**

## Parties Who Have Not Yet Appeared

AbbVie Inc.
Abbott Laboratories
Actavis LLC
Actavis Pharma, Inc., f/k/a Watson Pharma, Inc.
Allergan Finance LLC, f/k/a Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc.
Allergan PLC, f/k/a Actavis PLC,
AmerisourceBergen Corporation
AmerisourceBergen Drug Corporation
Cardinal Health, Inc.
Insys Therapeutics, Inc.
Insys Manufacturing LLC
Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.
Janssen Pharmaceuticals, Inc.
Johnson & Johnson
Knoll Pharmaceutical Company
Mallinckrodt PLC
McKesson Corporation
Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.
Purdue Pharma Inc.
Purdue Pharma LP
Teva Pharmaceutical Industries, Ltd.[3]
Tev Pharmaceuticals USA, Inc.
The Purdue Frederick Company Inc.
Watson Laboratories, Inc.

---

[3] Incorrectly named as "Teva Pharmaceutical Industries, LTD."

**<u>APPENDIX C</u>**

**ORDER GRANTING MOTIONS TO TRANSFER**

# ORDER OF MULITDISTRICT LITIGATION PANEL

Order Issued June 18, 2018

<u>APPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT
LITIGATION CASE</u>:

18-0358          IN RE TEXAS OPIOID LITIGATION

The panel hereby appoints Judge David Peeples, senior judge of the 224th District Court of Bexar County, previously approved by the Chief Justice pursuant to Administrative Rule 13.6, as pretrial judge in the captioned proceeding and transfers all pending cases, together with any tagalong cases, to him.

**<u>APPENDIX D</u>**

**ORDER APPOINTING JUDGE PEEPLES**

# ORDER OF MULITDISTRICT LITIGATION PANEL

Order Issued June 18, 2018

## APPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE:

18-0358       IN RE TEXAS OPIOID LITIGATION

The panel hereby appoints Judge David Peeples, senior judge of the 224th District Court of Bexar County, previously approved by the Chief Justice pursuant to Administrative Rule 13.6, as pretrial judge in the captioned proceeding and transfers all pending cases, together with any tagalong cases, to him.

**<u>APPENDIX E</u>**

**ORDER OF VOLUNTARY RECUSAL**

No. 2018-CI-12812

|                          |   |                          |
|--------------------------|---|--------------------------|
|                          | * | IN THE DISTRICT COURT    |
|                          | * |                          |
|                          | * |                          |
| IN RE TEXAS OPIOID       | * | 225TH JUDICIAL DISTRICT  |
| LITIGATION               | * |                          |
|                          | * |                          |
|                          | * | BEXAR COUNTY, TEXAS      |

### ORDER OF VOUNTARY RECUSAL

On August 3, while reading and preparing for the initial hearing in the captioned litigation, the court noticed that one of the opioid drugs at issue had been used by the court's wife in 2016. The court confirmed this recollection by discussing it with his wife and by locating the bottle of remaining pills that were prescribed for her in May 2016.

On the following day the court notified liaison counsel of this discovery and summarized for them the circumstances of his wife's use of the opioid pills. The court expressed concern that he was an eye witness to events involving the prescribing and use of an opioid similar to some of the contested issues in the captioned litigation. The court further stated that recusal might be required by Rule 18b (b), which says: "A judge must recuse in any proceeding in which: . . . (3) the judge has personal knowledge of disputed evidentiary facts concerning the proceeding."

The court and liaison counsel agreed that the parties should be given the opportunity to waive this possible ground for recusal pursuant to Rule 18b (e) ("parties to a

proceeding may waive any ground for recusal after it is fully disclosed on the record"),

but not all parties have agreed to waive the issue.

The court has concluded that the prudent course of action is to recuse voluntarily.

The court therefore issues this order of voluntary recusal from the captioned litigation

and from MDL Cause No. 18-0358, *In Re Texas Opioid Litigation.* The MDL Panel Chair

has been notified of this recusal, and another judge will be assigned.

**SIGNED: August 25, 2018**

_David Peeples_

**JUDGE DAVID PEEPLES**

**<u>APPENDIX F</u>**

**ORDER APPOINTING JUDGE SCHAFFER**

# ORDER OF MULITDISTRICT LITIGATION PANEL

Order Issued September 5, 2018

<u>APPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT
LITIGATION CASE</u>:

18-0358        IN RE TEXAS OPIOID LITIGATION

The Manufacturer Defendants Purdue Pharma L.P., et al. and the Distributor Defendants McKesson Corporation, et al.'s Motions to Transfer were granted on June 13, 2018.  Pursuant to Rule 13 of the Texas Rules of Judicial Administration, the cases listed in the Appendices of the Motions for Transfer and all tag-along cases are transferred to Judge Robert Schaffer of the 152nd District Court of Harris County.