UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COUNTY OF GALVESTON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:18-cv-04708 |
| | § | |
| PURDUE PHARMA L.P., et al. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DECISION

Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc. (collectively, "Purdue") file this Notice of Decision to inform the Court that on March 21, 2019, Judge Nancy Atlas of the Southern District of Texas issued a ruling on Plaintiff's Motion to Remand in the related County of Newton matter. *County of Newton v. Purdue Pharma L.P., et al.,* No. 4:19-cv-00117 (S.D. Tex. filed Jan. 11, 2019). Judge Atlas ruled that "[t]he dispositive issue in the Motion to Remand involves the citizenship of Dr. Richard Sackler. It appears that this issue is present in many, if not all, of the cases to be transferred to MDL No. 2804, *In re National Prescription Opiate Litigation*. As a result, it is hereby ORDERED that the Motion to Remand [Doc. #5] is DENIED WITHOUT PREJUDICE to being reurged following transfer to MDL No. 2804." (Exhibit A, Order denying Mot. to Remand.)

Dated: March 22, 2019

Respectfully submitted,

*/s/ Noelle M. Reed*
Noelle M. Reed
Federal Bar No. 27139
State Bar No. 24044211
noelle.reed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Tel: (713) 655-5122
Fax: (713) 483-9122

***Purdue Pharma L.P.; Purdue Pharma Inc.; and The Purdue Frederick Company Inc.***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 22, 2019, the forgoing document was transmitted to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing for this filing to all registered counsel of record.

*/s/ Noelle M. Reed*
Noelle M. Reed
